

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
ROBERT M. MURPHY
STEPHEN J. WINDHORST
HANS J. LILJEBERG

JUDGES

CHERYL Q. LANDRIEU
CLERK OF COURT

MARY E. LEGNON
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

# FIFTH CIRCUIT
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org
June 24, 2016

## E-NOTIFIED

There were no emails sent to attorney(s).

## MAILED

HON. JEFFREY M. LANDRY
TERRI R. LACY
HEATHER HOOD
ASSISTANT ATTORNEY
GENERAL
LOUISIANA DEPARTMENT OF
JUSTICE
POST OFFICE BOX 94005
BATON ROUGE, LA 70804-9005

ERROL VICTOR, SR. #613100
IN PROPER PERSON
LOUISIANA STATE PENITENTIARY
ANGOLA, LA 70712

DEAR SIR/MADAM:

REHEARING WAS THIS DAY DENIED IN THE CASE ENTITLED:

**STATE OF LOUISIANA**
**VERSUS**
**ERROL VICTOR, SR.**

**NO:** **15-KA-339**

JGG
SMC
MEJ

_____
CHERYL Q. LANDRIEU
CLERK OF COURT